## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:24-CR-00173-MC |
| v. | **INFORMATION** |
| **JESI HUCKABY,** | 21 U.S.C. § 841(a)(1), (b)(1)(C) and § 846 |
| **Defendant.** | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)**

Beginning on or about July 6, 2022 and continuing to on or about July 30, 2022, in the District of Oregon and elsewhere, defendant **JESI HUCKABY** did unlawfully and knowingly combine, conspire, confederate and agree with others both known and unknown, to distribute, and possess with intent to distribute fentanyl and methamphetamine, Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

/ / /

/ / /

# FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **JESI HUCKABY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 2, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney


s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney